FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2012 DEC 19  PM 2: 59

UNITED STATES OF AMERICA

v.

CASE NO. 6:12-cr-326-Orl-28KRS
18 U.S.C. § 3146(a)(2)

JOSE ANTONIO RODRIGUEZ
 a/k/a Hector Manuel Reyes
 a/k/a Hector Manuel Reyes Quinones

(M-15-1761-M)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 24, 2012, in the Middle District of Florida, and elsewhere,

**JOSE ANTONIO RODRIGUEZ
a/k/a Hector Manuel Reyes
a/k/a Hector Manuel Reyes Quinones**

the defendant herein, having been released pursuant to Chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence after his conviction in the United States District Court for the Middle District of Florida for a violation of Title 18, United States Code, Section 1542, a felony offense punishable by a maximum sentence of ten years imprisonment in Case No. 6:11-cr-407-Orl-28TBS, entitled United States v. Jose Rodriguez, and having been directed by the court to surrender to a facility designated by the Federal Bureau of Prisons, namely the D. Ray James Correctional Institution in the Southern

District of Georgia on September 24, 2012, did knowingly and willfully fail to surrender as directed for service of sentence as ordered by the court.

All in violation of Title 18, United States Code, Sections 3146(a)(2) and 3146(b)(1)(A)(ii).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
David Haas
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

2